United States District Court
For the District of Columbia

FILED
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Janet Howard

vs

Carlos Gutierrez, Secretary

Case: 1:08-cv-00421
Assigned To : Friedman, Paul L.
Assign. Date : 3/11/2008
Description: TRO/PI

Plaintiff's Motion for Temporary Restraining Order

Plaintiff in this Motion ask this Court for a Preliminary Injunction ordering the United States Department of Commerce (DOC) to cease and desist any action to remove Plaintiff from her 25 year employment. I have until March 27, 2008 to respond both orally & in writing to the proposed removal. Usually within 15 days of my response, I will receive a letter of determination.

Janet Howard
Spotsylvania, VA 22553
540-760-8478

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANET HOWARD
P.O. BOX 1454
SPOTSYLVANIA, VA 22553
(540) 760-8478

      Plaintiff,

v.

CIVIL ACTION NO.

CARLOS GUTIERREZ, SECRETARY
GLENN KRIZAY, DIRECTOR OEA
TODD WILLIS, ASSISTANT DIR. OEA
ROBERTO LOPEZ, HUMAN RESOURCES
U.S. DEPARTMENT OF COMMERCE
14TH AND CONSTITUTION AVE., NW
WASHINGTON, D.C. 20230

      Defendant.

**PLAINTIFF JANET HOWARD'S MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**INTRODUCTION**

This is an employment discrimination suit brought under federal law prohibiting discrimination and retaliation in federal employment. *See* Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-5(f) (3); 42 U.S.C. 2000e-16(c); Plaintiff seeks compensatory damages, injunctive relief, and other costs.

In her Motion for a Preliminary Injunction, plaintiff asks this court to order the Defendant, the United States Department of Commerce (DoC or Defendant), to cease and desist actions to remove plaintiff from employment; and to immediately cease and desist all discriminatory and retaliatory employment actions taken against Ms Howard

1

because of her well recognized activity at DoC opposing race discrimination; her leadership role in the pending lawsuit against the DoC Janet Howard et al vs. Carlos Gutierrez, agency no 05-1968 (JDB); and her pending case DoC Janet Howard et al vs. Carlos Gutierrez CIVIL ACTION 04-0756(PLF).

## STATEMENT OF FACTS

Plaintiff is a 25 year federal employee at the Department of Commerce (DoC) with the Bureau of Industry Security in the Office of Enforcement Analysis.

Plaintiff served as the class agent in the class complaint Janet Howard, et. al vs Carlos Gutierrez.

Plaintiff has **two cases pending before two U.S. District Court Judges**. An ADA jury trial is scheduled for April 21, 2008 before Judge Freidman and, a Multi-party case is pending before Judge Bates.

Plaintiff has been performing the same job for 25 years. During those 25 years, Plaintiff has maintained an exemplary record, and even received a **"Bronze Medal Award"** for superior Federal Service in February of 2007.

On or about February 16, 2007 Plaintiff made a whistleblowing complaint against her employer to the Office of Special Counsel case number OSC FILE NO: MA-07-0753.

On or about March 27, 2007, one month later, Plaintiff's supervisor put her on a Performance Improvement Plan (PIP) asserting deficient performance.

On or about May 2007 Plaintiff reported Department of Commerce's egregious practice to Congress at a Tribunal Hearing on Capitol Hill.

On or about July 13, 2007, Plaintiff amended her complaint to include harassment and retaliation.

On or about November 13, 2007, Plaintiff was put on another Performance Improvement Plan (PIP) by Todd Willis and witnessed by (Elizabeth Rosenkranz) subsequent to making a Freedom of Information Act request about practices within her office.

On or about December 12, 2007 Plaintiff amended multiple party complaints before Judge Bates Case No. CV: 05-1968.

On or about January 2008, Plaintiff's attorney wrote to the Defendant directing them to halt the upsurge of harassment against Plaintiff.

On February 27, 2008 Plaintiff's first line supervisor Todd Willis presented Janet Howard (Plaintiff) a letter of "Proposed Removal" from federal service (witnessed by Roberto Lopez).

The two Commerce representatives, Todd Willis and Roberto Lopez who presented the proposed removal from federal service are both named defendant's in Plaintiff's prior active Equal Employment Opportunity complaints (EEO).

## PLAINTIFF WILL SUFFER IRREPARABLE HARM IF INJUNCTIVE RELIEF IS NOT GRANTED

Plaintiff will clearly suffer irreparable harm on many different levels unless immediate injunctive relief is granted. Irreparable harm based on the showing that the plaintiff would suffer incalculable damages in the form of loss revenue. Other damages include loss of benefits (medical and life), prescription drug, reduced retirement benefits, loss of home, loss of car and

3

enjoyment of life, mental and physical anguish, personal embarrassment on Plaintiff's 25 years of spotless impeccable reputation with the federal government.

**RELIEF**

Plaintiff requests the Court to issue a Restraining Order and Preliminary injunction to the government to cease and desist any attempts to remove her from her government job and stop the mental torment, retaliation and harassment. Plaintiff seeks compensatory damages of $300,000 for intentional infliction of emotional distress. The injury that the Plaintiff has suffered is such that no amount of damages could adequately compensate Plaintiff.

Respectfully submitted

_____ Date 3-11-08

Janet Howard
Plaintiff Pro Se
P.O. Box 1454
Spotsylvania, VA 22553
Work: (202) 482-0717
Cell:   (540) 760-8478

United States District Court
For the District of Columbia

James Howard

vs

Carlos Gutierrez et. Al
    Secretary

**FILED**
MAR 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0421

<u>Local Rule 65.1</u>

On this day March 11, 2008 a courtesy copy was delivered to the following:

Carlos Gutierrez, Sec at 12:15 pm
Tod Willes at 12:25 pm
Glenn King at 12:25 pm
Roberto Lopez at 12:33 pm
U.S. Attorney General at 12:45 pm
United State Attorney at 1:20 pm

James Howard
James Howard
P.O. Box 1454
Spotsy, VA 22553
540 760-8478