UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, </br></br>          Plaintiff, </br></br>     v. </br></br> CARLOS GUTIERREZ, Secretary, </br> U.S. Department of Commerce, *et al.* </br></br>          Defendants. | ) </br> ) </br> ) </br> ) </br> ) Civil Case No. 08-0421 (PLF) </br> ) </br> ) </br> ) </br> ) </br> ) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendants in the above-captioned case.

Dated: March 27, 2008
       Washington, D.C.

                              Respectfully submitted,

                              _____/s/_____
                              BRIAN P. HUDAK
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-7143
                              brian.hudak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2008, a true and correct copy of above Notice of Appearance, was served upon *pro se* Plaintiff, by first class United States mail, postage prepaid, to:

Janet Howard
P.O. Box 1454
Spotsylvania, VA 22553

Dated: March 27, 2008
       Washington, D.C.

Respectfully submitted,

_____/s/_____
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov