UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary,<br>U.S. Department of Commerce, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0421 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ERRATA**

Defendant files this Errata to correct a representation made in Defendant's Motion for Leave to File a Surreply ("Surreply Motion"). Although defense counsel drafted an email on Wednesday, April 9, 2008, seeking Plaintiff's position on Defendant's Surreply Motion, such an email was inadvertently not sent on that date and was not transmitted to Plaintiff until after Defendant filed its Surreply Motion with the Court this same date. If and when defense counsel receives a response from Plaintiff concerning Defendant's Surreply Motion, it will so advise the Court consistent with Local Civil Rule 7(m).

Dated: April 11, 2008  
       Washington, D.C.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610  
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122  
Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2008, a true and correct copy of above Errata, was served upon *pro se* Plaintiff, by first class United States mail, postage prepaid, to:

> Janet Howard
> P.O. Box 1454
> Spotsylvania, VA 22553

Dated: April 11, 2008
      Washington, D.C.

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov