UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANET HOWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Department of Commerce, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0421 (PLF) |

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [13] is GRANTED; it is

FURTHER ORDERED that plaintiff's complaint is dismissed without prejudice for failure to state a claim; and it is

FURTHER ORDERED that the Clerk of this Court shall remove this case from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 3, 2009